IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES VALENTINIS-DEE**     **PLAINTIFF**
Reg. #97427-079

v.     **CASE NO: 2:23-CV-00223-BSM**

**DEWAYNE HENDREX,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE